*June 4, 1940.*

WELLENBECK, Respondent, vs. WELLENBECK, Appellant.

For the appellant: *North, Bie, Duquaine, Welsh & Trow-bridge* of Green Bay.

For the respondent: *Classon & Ballman* of Green Bay.

*By the Court.*—Judgment affirmed.

HORICON STATE BANK, Respondent, vs. SEERING and others, Appellants.

For the appellants: *John W. Culbertson* and *Lawrence F. O'Brien,* both of Madison.

For the respondent: *Sawyer & Gehl* of Hartford.

*By the Court.*—Judgment affirmed.

DAKOTA BREWING COMPANY, Plaintiff, vs. LAKESIDE BRIDGE & STEEL COMPANY, Respondent: BRANT & NIELSEN, INC., Interpleaded Defendant and Appellant.

For the appellant: *Seher & Seher* of Milwaukee.

For the respondent: *Olwell & Brady* of Milwaukee,

*By the Court.*—Judgment affirmed.